UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

Ezekiel T Taylor Sr.,
　　　　　Plaintiff
　　v.　　　　　　　　　　#3:22-cv-00573-DRL-MGG
USPTO　et al
　　　　　(Defendants)

## CERTIFICATE OF SERVICE

The pro se plaintiff EZEKIEL T TAYLOR Sr. placed AMENDED COMPLAINT, Motion to Correct Errors, and Motion for Electronic Documents into US Postage this 8/14/2022, Via US Postage.

Respectfully,

*Ezekiel T Taylor Sr. (signature)*

[STAMP decisStamp_ID=1047496160 Date=8/11/2022] [fileNumber=4777348-0] [8821593c3221b18f2b63d2894946678bf4549eecde0a0387a037d515446ae675afc7227b9560b3cc7d79f1fb508b18b3339b5a8b09783231 7be16c1c7431e42]]
Document description:Main Document
Original filename:n/a
Electronic document stamp: